IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| LELA WHITE, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. _____ |
| FCA US LLC, | * | (State Court Case No. 485706-V) |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT FCA US LLC'S**
**NOTICE OF REMOVAL**

Defendant, FCA US LLC ("FCA US" or "Defendant"), by and through its undersigned counsel, hereby notices the removal of this civil action to the United States District Court for the District of Maryland, Southern Division, from the Circuit Court for Montgomery County, Maryland, Civil Case No. 485706-V.  FCA US removes this civil action pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and Local Rule 103.5 because the requisite diversity of citizenship between Plaintiff and FCA US exists, and the amount in controversy exceeds $75,000, exclusive of interest and costs.  In support of this Notice of Removal, FCA US states as follows:

**Background**

1. On or about October 25, 2021, Plaintiffs, Lela White and Samuel White ("Plaintiffs"), filed their First Amended Complaint against FCA US LLC in the Circuit Court for Montgomery County, styled as *Lela White, et al., v. FCA US LLC*, Case No. 485706-V.  A copy of Plaintiffs' First Amended Complaint is attached hereto as **Exhibit 1**.

2. FCA US was served with a Writ of Summons, Civil Case Information Report and the First Amended Complaint on November 12, 2021.  A copy of the Writ of Summons and Civil

Case Information Report are attached hereto as **Exhibits 2 and 3** respectively. FCA US was also served with a Scheduling Order – Civil Track 3, dated 11/1/2021; Scheduling Notice and Order of Court – Civil Track 3, dated 11/1/2021; and Order for Mandatory Pretrial Hearing – Civil Track 3, dated 11/1/2021. A copy of the additional Montgomery County Scheduling Notices and Orders are attached hereto as **Exhibits 4, 5, and 6** respectively.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it has been filed within thirty (30) days of service upon FCA US of Plaintiffs' First Amended Complaint. *See* 28 U.S.C. § 1446(b).

## Removal Based on Diversity Jurisdiction

4. Plaintiffs are individuals residing at 19569 Ridge Heights Drive, Gaithersburg, Maryland 20879. *See* **Ex. 1**. For the purposes of diversity, Plaintiffs are citizens of the State of Maryland.

5. Plaintiffs' Complaint names FCA US as the only defendant. *See* **Ex. 1**. As explained in more detail below, for diversity purposes, Defendant is a citizen of the Netherlands.

6. FCA US is a limited liability company with its principal place of business in Auburn Hills, Michigan.

7. A corporation is deemed to be a citizen of both the state(s) of its incorporation and the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1).

8. However, limited liability companies, such as FCA US, do not have their own citizenship; instead the citizenship of a limited liability company is determined by the citizenship of each of its members. *See, e.g., Carden v. Arkoma Assocs.*, 494 U.S. 185, 195 (1990).

9. FCA US is a limited liability company with a sole member: FCA North America Holdings LLC.

10. In turn, FCA North America Holdings LLC has a sole member: FCA Holdco B.V.

11. In turn, FCA Holdco B.V. is 100% owned by Stellantis N.V. (formerly Fiat Chrysler Automobiles N.V.).

12. Stellantis N.V. is a citizen of the Netherlands because it is a publicly traded company organized and existing under the laws of the Netherlands, with its principal place of business in Lijnden, Netherlands. *See* 28 U.S.C. § 1332(c)(1) (instructing that "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.")

13. Accordingly, because its sole member is a citizen of the Netherlands, FCA Holdco B.V. is also a citizen of that foreign state.

14. Likewise, because its sole member is a citizen of the Netherlands, FCA North America Holdings LLC is also a citizen of that foreign state.

15. Likewise, because its sole member is a citizen of the Netherlands, FCA US is also a citizen of that foreign state.

16. Accordingly, for jurisdictional purposes, FCA US is not a citizen of Maryland and there is complete diversity of citizenship between Plaintiffs and Defendant.

17. Further, the amount in controversy in this matter exceeds the sum of seventy-five thousand dollars ($75,000), exclusive of interest and costs. *See, e.g.*, **Ex. 1**, Prayer for Relief, following ¶¶ 13 and 21.

18. Additionally, this Notice of Removal satisfies the unanimity rule of 28 U.S.C. § 1446(b)(2)(A) because FCA US is the only Defendant to have been "properly joined and served" as of the date of this removal.

19.     Based on the foregoing, this matter may be removed pursuant to 28 U.S.C. §§ 1441, 1446, and this Court can properly exercise jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

## Removal Procedure

20.     In accordance with 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal, along with a copy of this Notice of Removal, is being filed with the Circuit Court for Montgomery County, Maryland contemporaneously herewith. A copy of that Notice is attached hereto as **Exhibit 7**. FCA US has served all parties with a copy of the Notice of Removal by first class mail, postage prepaid.

21.     Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, papers, and Orders which have been served upon FCA US in this matter are attached hereto as **Exhibits 1, 2, 3, 4, 5, and 6**.

22.     Furthermore, pursuant to Local Rule 103.5(a), within thirty (30) days after the filing of this Notice of Removal, FCA US will file true and legible copies of all other papers, if any, then on file in the state court, together with a certification from counsel that all filings in the state court action have been filed in the United States District Court for the District of Maryland.

23.     By filing this Notice of Removal, FCA US does not waive, and hereby expressly reserves, any and all defenses to which it may be entitled.

WHEREFORE, based upon the foregoing allegations in this Notice of Removal, Defendant, FCA US LLC, hereby removes this action to the United States District Court for the District of Maryland, Southern Division.

Respectfully submitted,

*/s/ Kevin J. Penhallegon*
Kevin J. Penhallegon, Esq. (No. 18997)
Andrea Olsen-Leyden (No. 21193)
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 South Charles Street, Suite 1200
Baltimore, Maryland 21201
Phone: (443) 392-9417
Fax: (443) 392-9499
kevin.penhallegon@nelsonmullins.com
andrea.olsenleyden@nelsonmullins.com

*Attorneys for Defendant, FCA US LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December, 2021, a copy of the foregoing Defendant FCA US LLC's Notice of Removal was served via CM/ECF to all parties of record and sent via first class mail, postage-prepaid to all parties and/or their counsel as follows:

Stuart Plotnick, Esq
Law Offices of Stuart L. Plotnick, LLC.
51 Monroe Street, Suite 707
Rockville, Maryland 20850

Jonathan E. Halperin, Esq
4435 Waterfront Drive, Suite 100
Glen Allen, VA 23060

*Counsel for Plaintiffs*

  */s/ Kevin J. Penhallegon*
  Kevin J. Penhallegon